Kelvin J. Miles, Appellant Pro Se.

Before NIEMEYER, MOTZ, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Kelvin Miles appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss on the reasoning of the district court. *See Miles v. Dep't of Pub. Safety*, No. CA–02–626–S (D.Md. Mar. 1, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

Reggie Eugene Hicks, Appellant Pro Se. Brian Ronald Hood, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before NIEMEYER, MICHAEL, and GREGORY, Circuit Judges.

PER CURIAM.

Reggie Eugene Hicks seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal substantially on the reasoning of the district court. *See United States v. Hicks*, Nos. CR–99–316, CA–01–235 (E.D.Va. Jan. 11, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Reggie Eugene HICKS, Defendant–Appellant.**

No. 02–6486.

United States Court of Appeals, Fourth Circuit.

Submitted June 4, 2002.

Decided June 21, 2002.

**Sherri Wright BUFFKIN, Plaintiff–Appellant,**

v.

**SMITHFIELD PACKING COMPANY, INCORPORATED; Jere Null, Defendants–Appellees.**

No. 01–1813.

United States Court of Appeals, Fourth Circuit.

Submitted May 29, 2002.

Decided June 24, 2002.